| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | HECTOR CASAS-MONTEJANO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00134 LJO |
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; ORDER |
| v. | ) | |
| | ) | |
| HECTOR CASAS-MONTEJANO, | ) | |
| | ) | Date: March 12, 2012 |
| *Defendant.* | ) | Time: 8:30 A.M. |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Ian Garriques, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defender, counsel for Defendant Hector Casas-Montejano, that **the status conference in the above-referenced matter now set for January 30, 2012, may be continued to March 12, 2012 at 8:30 A.M.**

This continuance is requested by both counsel to facilitate discovery obligations, investigation, and ongoing plea negotiations. At the last status conference, defense counsel informed the court it needed to comply with the "*Touhy*" regulations and serve the Assistant Attorney General in Washington D.C. with a request to speak with three particular government agents. AUSA Garriques has informed me *Touhy* permission has been granted as to one witness, but we are waiting to hear if the request will be granted as to the other two. Additionally, AUSA Garriques has provided additional discovery/*Brady* information

1 which the defense needs to investigate and based on this new information defense needs to make an
2 additional *Touhy* request.   Finally, the parties are in continued plea negotiations.  The requested
3 continuance will conserve time and resources for the parties and the court.
4     The parties agree that the delay resulting from the continuance shall be excluded in the interests of
5 justice, including but not limited to, the need for the period of time set forth herein for effective defense
6 preparation, for continuing plea negotiations, and for continuity of counsel pursuant to 18 U.S.C. §§
7 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: January 25, 2012          By:  /s/ Ian Garriques
                                        IAN GARRIQUES
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Public Defender

DATED: January 25, 2012          By:   /s/ Charles J. Lee
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        HECTOR CASAS-MONTEJANO


## **O R D E R**

**IT IS SO ORDERED**.  Time is excluded for the reasons set for above pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 26, 2012**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE