1

2

3

4          IN THE UNITED STATES DISTRICT COURT FOR THE

5                  EASTERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,          )
                                       )
8              Plaintiff,              )       No. 1:10-CR-00134 LJO
                                       )
9        vs.                           )       ORDER OF RELEASE
                                       )
10  HECTOR ROGELIO CASAS-              )
    MONTEJANO,                         )
11                                     )
                   Defendant.          )
12  _____  )

13      The above named defendant having been sentenced to Time

14  Served on March 12, 2012,

15      IT IS HEREBY ORDERED that the defendant shall be released

16  forthwith. A certified Judgment and Commitment order to follow.

17

18  DATED: March 12, 2012

19
                                    /S/ LAWRENCE J. O'NEILL
20                                  HONORABLE LAWRENCE J. O'NEILL
                                    U.S. DISTRICT JUDGE
21

22

23

24

25

26  12/6/06 ordrelease.form

                                    1